

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:        Retaka Nelson v. Shannon Brochette Nelson

Appellate case number:    01-18-00336-CV

Trial court case number:    2017-42777

Trial court:                        308th District Court of Harris County

Appellant, Retaka Nelson, has filed a notice of appeal of the trial court's order dismissing appellant's petition for bill of review. And, appellant has filed an "Emergency Motion for Temporary Relief." The motion is **denied** as to his request that we (1) abate the appeal; (2) reconsider the order granting appellee, Shannon Brochette Nelson, an extension of time to respond to appellant's motion to dismiss; (3) stay proceedings in trial court cause no. 2012-04063; and (4) suspend enforcement of this Court's judgment in cause no. 01-13-00816-CV.

Appellant also requests "emergency leave to file Appellant's First Amended Opening Brief, curing formative defects, without new arguments." Appellant's "First Amended Opening Brief" was received and filed on September 19, 2018. The request to file an amended brief is **granted**. *See* TEX. R. APP. P. 38.7.

Appellee's brief, if any, and appellee's response to appellant's motion to dismiss will be due no later than October 19, 2018. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: ____/s/ Russell Lloyd_____
                                 ☒ Acting individually      ☐ Acting for the Court

Date: __September 25, 2018_____